RECEIVED

MAR - 2 2015

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

JOSEPH B. BOXIE, JR.                    CIVIL ACTION NO. 12-CV-3170

VERSUS                                  JUDGE DOHERTY

COMMISSIONER OF SOCIAL SECURITY         MAGISTRATE JUDGE HANNA

# JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and absent any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly, it is therefore

**ORDERED** that the decision of the Commissioner of the Social Security Administration is REVERSED AND REMANDED for a proper step three analysis with detailed reasons and record references as required by §405(b)(1) and consistent with other applicable legal standards.

Thus done and signed in Lafayette, Louisiana, this 2 day of ~~February~~ March, 2015.

Rebecca F. Doherty
UNITED STATES DISTRICT JUDGE